IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-po-01163-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MICHAEL T. BEACHAM,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Motion for Disclosure of Evidence Under F.R.CR.P. 16(a)(1)(E) through (G)** [docket no. 18, filed January 9, 2012] and **Government's Unopposed Motion to Continue Trial Date** [docket no. 20, filed January 9, 2012] (the "Motions").

     IT IS ORDERED that the respective parties shall respond to the Motions on or before **January 16, 2012**.

     IT IS FURTHER ORDERED that a hearing on these Motions is set for **January 17, 2012, at 11:00 a.m., for one hour**, in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.


DATED: January 10, 2012